1810.

BARLOW
v.
COMMON-
WEALTH.

---

## Road from WARRIOR RUN.

UPON a *certiorari* to the sessions of *Northumberland*, the proceedings and reports of the viewers and reviewers of the road in question, were sent up to this court, and came on to be heard upon exceptions.

The *first* exception was, " That neither the viewers nor " reviewers made any plot or draft of the said road, but only " reported *by courses and distances.*"

*Kidd* in support of this exception cited the act of 6th *April* 1802, *sect.* 1., 5 *St. Laws* 178, as decisive of the point, it being mandatory upon the viewers to return both a plot or draft, *and* the courses and distances.

PER CURIAM. This exception is undoubtedly fatal, and has been so held many times.

Proceedings set aside.

*Sunbury,*
*Saturday,*
June 9.

A report of a
road by viewers,
&c. without a
plot or draft in
addition to the
courses and distances, is bad.